# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § § § Plaintiff, § § v. § § SAMSUNG ELECTRONICS CO. LTD. § AND SAMSUNG ELECTRONICS § AMERICA, INC., § § Defendants. § § | Case No. 2:21-cv-186 **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Sam Baxter, Texas State Bar 01938000, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Jawbone Innovations, LLC.

Dated:  June 2, 2021

**BROWN RUDNICK LLP**

Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@ffabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email : plambrianakos@ffabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@ffabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone:  (212) 257-5797
Facsimile:  (212) 257-5796

/s/ Sam Baxter
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 2, 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/s/ Sam Baxter
Sam Baxter
