# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. AND SAMSUNG ELECTRONICS AMERICA, INC., <br><br>  Defendants. | § § § § § § § § § § § § § § § Case No. 2:21-cv-186 <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennifer L. Truelove, Texas State Bar 24012906, of McKool Smith, P.C., 104 East Houston Street, Suite 300, Marshall, Texas, 75670, (903) 923-9000 [Tel], (903) 923-9099 [Fax] hereby enters an appearance as one of the attorneys for the Plaintiff, Jawbone Innovations, LLC.

Dated: June 2, 2021

**BROWN RUDNICK LLP**

Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@ffabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email : plambrianakos@ffabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@ffabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone:  (212) 257-5797
Facsimile:  (212) 257-5796

/s/ Jennifer L. Truelove
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 2, 2021. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ Jennifer L. Truelove
Jennifer L. Truelove
