IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, | § |
| *Plaintiff*, | § |
| v. | §  Case No. 2:21-cv-00186-JRG-RSP |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § |
| *Defendants*. | § |

### ORDER

Before the Court is the Claim Construction Order of Magistrate Judge Payne dated August 17, 2022 (Dkt. No. 119). Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (together, "Samsung") have filed Objections to the Order (Dkt. No. 157).

After considering the reasoning provided in the Order, the underlying claim construction briefing, and Samsung's Objections, the Court agrees with the conclusions reached within the Order and finds Samsung's arguments within its Objections unpersuasive. Accordingly, the Court **OVERRULES** Samsung's Objections and **ADOPTS** Magistrate Judge Payne's Order.

**So ORDERED and SIGNED this 20th day of September, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE