IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAMSUNG ELECTRONICS CO. LTD. and<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 2:21-cv-00186-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Jawbone Innovations, LLC ("Jawbone") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") (collectively, the "Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the Parties have been settled in principle. The Parties respectfully request a stay of all case deadlines for thirty (30) days while the Parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

Dated:  November 28, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ *Peter Lambrianakos*
　　　　　　　　　　　　　　　　　　　　Alfred R. Fabricant
　　　　　　　　　　　　　　　　　　　　NY Bar No. 2219392
　　　　　　　　　　　　　　　　　　　　Email: ffabricant@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　Peter Lambrianakos
　　　　　　　　　　　　　　　　　　　　NY Bar No. 2894392
　　　　　　　　　　　　　　　　　　　　Email: plambrianakos@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　Vincent J. Rubino, III
　　　　　　　　　　　　　　　　　　　　NY Bar No. 4557435

1

Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099


*ATTORNEYS FOR PLAINTIFF*
*JAWBONE INNOVATIONS, LLC*


 */s/ Jin-Suk Park (with permission)*
Jin-Suk Park
Email: jin.park@arnoldporter.com
Paul Margulies
Email: paul.margulies@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

E Patrick C. Reidy
Email: patrick.reidy@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2424
Facsimile: (312) 583-2360

Ryan M. Nishimoto
Email: ryan.nishimoto@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Melissa R. Smith
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECS. CO., LTD. AND SAMSUNG ELECS. AMERICA, INC.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 28, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Peter Lambrianakos*
                                                Peter Lambrianakos

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendant met and conferred per Local Rule CV-7(h) and that this joint motion is unopposed.

                                                */s/ Peter Lambrianakos*
                                                Peter Lambrianakos