**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| JAWBONE INNOVATIONS, LLC, | § § § | Case No. 2:21-cv-00186-JRG |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Jawbone Innovations, LLC ("Jawbone" or "Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung" or "Defendants") (collectively, the "Parties"), represented by their attorneys, hereby agree and stipulate to as follows:

The Parties have settled all their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and to dismiss Defendants' counterclaims for relief against Plaintiff with prejudice. The Parties further request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

So agreed and stipulated.

A proposed order is attached.

Dated:  December 27, 2022

Respectfully submitted,

 /s/ Peter Lambrianakos
Alfred R. Fabricant
NY Bar No. 2219392

Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*ATTORNEYS FOR PLAINTIFF*
*JAWBONE INNOVATIONS, LLC*

 */s/ Jin-Suk Park (with permission)*
Jin-Suk Park
Email: jin.park@arnoldporter.com
Paul Margulies
Email: paul.margulies@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

E Patrick C. Reidy
Email: patrick.reidy@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200

Chicago, IL 60602
Telephone: (312) 583-2424
Facsimile: (312) 583-2360

Ryan M. Nishimoto
Email: ryan.nishimoto@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Melissa R. Smith
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

***ATTORNEYS FOR DEFENDANTS SAMSUNG ELECS. CO., LTD. AND SAMSUNG ELECS. AMERICA, INC.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 27, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Peter Lambrianakos*
Peter Lambrianakos

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Counsel for Plaintiff and Counsel for Defendants met and conferred per Local Rule CV-7(h) and that this joint motion is unopposed.

*/s/ Peter Lambrianakos*
Peter Lambrianakos