IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JAWBONE INNOVATIONS, LLC, § § *Plaintiff*, § § v. § Case No. 2:21-cv-00186-JRG-RSP § SAMSUNG ELECTRONICS CO. LTD. § and SAMSUNG ELECTRONICS § AMERICA, INC., § § *Defendants*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Jawbone Innovations, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"). (Dkt. No. 275.)

After due consideration, the Court **GRANTS** the Motion. It is therefore **ORDERED** that all of Jawbone's claims for relief against Samsung are **DISMISSED WITH PREJUDICE**, and all of Samsung's counterclaims for relief against Jawbone are **DISMISSED WITH PREJUDICE**. Each party is to bear its own attorneys' fees, costs, and expenses. All pending requests for relief in the above captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 28th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE